UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES,<br><br>    Appellant,<br><br>    v.<br><br>REFUGIO VERDUGO,<br><br>    Defendant | 1:05-cv-489 OWW DLB<br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

Pursuant to notice of voluntary dismissal filed in this matter, this action is ordered dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: August 2, 2005              /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1